UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| GPH LOUISVILLE HILLCREEK LLC, et al., | CASE NO. 3:21-CV-63-RGJ |
| | JUDGE REBECCA GRADY JENNINGS |
| Plaintiffs, | |
| v. | |
| REDWOOD HOLDINGS, LLC, et al., | |
| Defendants. | |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS, REDWOOD HOLDINGS, LLC; HILLCREEK LEASING, LLC; CAMELOT LEASING, LLC; MT. HOLLY LEASING, LLC; ST. MATTHEWS LEASING, LLC; FRANKFORT LEASING, LLC; KIRTLAND LEASING, LLC; VANCEBURG LEASING, LLC; STANFORD LEASING, LLC; GREEN HILL LEASING, LLC; AND ELI M. GUNZBURG**

Attorneys Emily W. Newman, Paul A. Dzenitis, and Elizabeth A. Beal hereby enter their Notice of Appearance on behalf of Defendants, Redwood Holdings, LLC; Hillcreek Leasing, LLC; Camelot Leasing, LLC; Mt. Holly Leasing, LLC; St. Matthews Leasing, LLC; Frankfort Leasing, LLC; Kirtland Leasing, LLC; Vanceburg Leasing, LLC; Stanford Leasing, LLC; Green Hill Leasing, LLC; and Eli M. Gunzburg. All future notices, correspondence, and pleadings should be sent to their attention.

Respectfully submitted,

**DZENITIS NEWMAN, PLLC**

*/s/ Elizabeth A. Beal*
8006 Lyndon Centre Way
Louisville, Kentucky 40222
Tele: (502) 614-8485
Fax: (502) 614-8486
Email: enewman@dznlaw.com
pdzenitis@dznlaw.com
lbeal@dznlaw.com
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served electronically via the Court's CM/ECF system on this 3rd day of March, upon all parties entitled to receive such electronic notice.

*/s/ Elizabeth A. Beal*
***Counsel for Defendants***