UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| GPH LOUISVILLE HILLCREEK LLC, et al., | ) | CASE NO. 3:21-CV-63-RGJ |
| | ) | |
| | ) | JUDGE REBECCA GRADY JENNINGS |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REDWOOD HOLDINGS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

**CORPORATE DISCLOSURE STATEMENT**
**CAMELOT LEASING, LLC**

---

Defendant, Camelot Leasing, LLC, by and through counsel and in compliance with Federal Rule of Civil Procedure 7.1, states that its parent company is Redwood Holdings, LLC, and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**DZENITIS NEWMAN, PLLC**

*<u>/s/ Elizabeth A. Beal</u>*
8006 Lyndon Centre Way
Louisville, Kentucky 40222
Tele: (502) 614-8485
Fax: (502) 614-8486
Email: enewman@dznlaw.com
pdzenitis@dznlaw.com
lbeal@dznlaw.com
***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served electronically via the Court's CM/ECF system on this 3rd day of March, upon all parties entitled to receive such electronic notice.

*/s/ Elizabeth A. Beal*
***Counsel for Defendants***